```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 12-02639-RNO
Richard M. Hope                                               Chapter 13
Catherine L. Hope
            Debtors              CERTIFICATE OF NOTICE
District/off: 0314-1        User: karendavi        Page 1 of 3        Date Rcvd: Feb 02, 2017
                            Form ID: ntpasnh       Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
```
db/jdb         +Richard M. Hope,    Catherine L. Hope,    1441 Heritage Square,    Middletown, PA 17057-5958
cr              CitiMortgage, Inc.,    CitiMortgage, Inc.,    PO BOX 6030,    Sioux Falls, SD  57117-6030
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
cr             +Ditech Financial LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr             +JPMorgan Chase Bank, N.A.,    14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
4099111        +AES,   P.O. BOX 2461,    HARRISBURG, PA 17105-2461
4160612        +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
4099112        +AMATO AND LESSA, PC,    107 NORTH COMMERCE WAY,    SUITE 100,    BETHLEHEM, PA 18017-8913
4099113       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: AMERICAN HONDA FINANCE CORP,    201 LITTLE FALLS D,
                 WILMINGTON, DE  19808)
4099114         AMEX DEPARTMENT STORES,    P.O. BOX 8128,    MASON, OH  45040
4134316         American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
4099115        +CAMPBELL HIGHTOWER & ADAMS,    4645 S. LAKESHORE DRIVE,    SUITE 11,    TEMPE, AZ 85282-7152
4099116         CAPITAL ONE BANK USA,    P.O. BOX 30281,    SALT LAKE CITY, UT  84130-0281
4099117        +CHASE HOME FINANCE LLC,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4099118         CITIMORTGAGE,    P.O. BOX 6243,    SIOUX FALLS, SD  57117-6243
4099119        +CONVERGENT OUTSOURCING,    500 SW 7TH STREET,    BUILDING A 100,    RENTON, WA 98057-2983
4165048        +Cadillac Eye Wear / Windsor Eyes,    7100 Airport Hwy,    Pennsauken, NJ 08109-4302
4123374         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,   50368-8971
4099120        +DSNB AMERICAN EXPRESS,    P.O. BOX 8218,    MASON, OH 45040-8218
4099121        +DSNB/MACY’S,    P.O. BOX 8218,    MASON, OH 45040-8218
4104997        +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
4104982        +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
4226898         ECMC,   P. O. BOX 75906,    ST. PAUL, MN 55175
4099122        +FINANCIAL RECOVERIES,    P.O. BOX 1388,    MT LAUREL, NJ 08054-7388
4099127        +LEAF FUNDING INC.,    2005 MARKET STREET,    14TH FLOOR,    PHILADELPHIA, PA 19103-7009
4099128        +MICHAEL ROMAN, SR DEPUTY,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                 HARRISBURG, PA 17120-0001
4165047        +Marcolin USA Inc.,    Dept 2063,    P.O. Box 29661,    Phoenix, AZ 85038-9661
4165049         Optum Health Vision,    P.O. Box 80978,    Salt Lake City, UT 84130-0978
4099131         SEARS/CBSD,    P.O. BOX 6282,    SIOUX FALLS, SD  57117-6282
4099132        +SEARS/CITIBANK,    P.O. BOX 6282,    SIOUX FALLS, SD 57117-6282
4099133        +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4165046        #+Seiko Optical Products, Inc.,    575 Corporate Drive,    Mahwah, NJ 07430-2330
4165050        +Sightique Optical Supplies, USA,    920-A Eastern Parkway,    Brooklyn, NY 11213-3630
4138406       ++U S DEPARTMENT OF HEALTH AND HUMAN SERVICES DHHS,    PROGRAM SUPPORT CENTER,
                 DEBT COLLECTION CENTER,    12501 ARDENNES AVE SUITE 100,    ROCKVILLE MD 20857-0001
               (address filed with court: US Dept. of Health and Human Services,    Collection Officer HRSA,
                 12501 Ardennes Avenue, Ste 100,    Rockville, MD 20857)
4099135         UNION NATIONAL COMMUNITY BANK,    MOUNT JOY OFFICE,    P.O. BOX 567,    MOUNT JOY, PA  17552-0567
4099137         UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    P.O. BOX 11754,
                 HARRISBURG, PA  17108-1754
4115120         US BANK NA/BRAZOS,    c/o ACS,    P. O. Box 22724,    Long Beach, CA 90801-5724
4099138         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC  20530-0001
4099139        +WELLS FARGO EDU FINANCE,    C/O ACS,    501 BLEEKER STREET,    UTICA, NY 13501-2401
4272841         eCAST Settlement Corporation,    POB 29262,    New York NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2017 19:11:33     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
cr             +E-mail/Text: cio.bncmail@irs.gov Feb 02 2017 19:11:28      IRS,   1000 Liberty Avenue,
                 Suite 806,   Pittsburgh, PA 15222-4027
4099108        +E-mail/Text: sstark@abboptical.com Feb 02 2017 19:11:51      ABB CONCISE,    12301 NW 39TH STREET,
                 CORAL SPRINGS, FL 33065-2403
4099109         E-mail/Text: bkr@cardworks.com Feb 02 2017 19:11:25     ADVANTA BANK,    P.O. BOS 844,
                 SPRING HOUSE, PA  19477
4099110        +E-mail/Text: bkr@cardworks.com Feb 02 2017 19:11:25     ADVANTA CREDIT CARDS,    P.O. BOX 9217,
                 OLD BETHPAGE, NY 11804-9017
4116040        +E-mail/Text: girddb@aessuccess.org Feb 02 2017 19:11:35     AMERICAN EDUCATION SERVICES,
                 1200 N 7TH STREET,    HARRISBURG, PA 17102-1419
4124824         E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 02 2017 19:11:44
                 AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,    P.O. BOX 168088,
                 IRVING, TX 75016-8088
4873057         E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2017 19:11:33     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, South Dakota 57709-6154
4873058         E-mail/Text: bankruptcy.bnc@ditech.com Feb 02 2017 19:11:33     Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, South Dakota 57709-6154,    Ditech Financial LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4112169         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2017 19:16:43     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4099123         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2017 19:16:43      GECRB/SAMS CLUB,   PO BOX 965005,
                 ORLANDO, FL  32896-5005
4099124         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2017 19:16:58      GECRB/WOLF FURNITURE,
                 P.O. BOX 965036,   ORLANDO, FL 32896-5036
4116332        +E-mail/Text: bncmail@w-legal.com Feb 02 2017 19:11:45
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
4109376         E-mail/Text: bkr@cardworks.com Feb 02 2017 19:11:25     Merrick Bank,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
4099129         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 19:11:37      PA DEPARTMENT OF REVENUE,
                 DEPARTMENT 280946,   ATTN BANKRUPTCY DIVISION,   HARRISBURG, PA  17128-0946
4120633         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2017 19:16:45
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
4099130         E-mail/Text: bankruptcynotices@psecu.com Feb 02 2017 19:11:52     PSECU,   PO BOX 67013,
                 HARRISBURG, PA  17106-7013
4127380         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 19:11:37
                 Pennsylvania Department of Revenue,   Bankruptcy Division, P.O Box 280946,
                 Harrisburg, PA  17128-0946
4099134         E-mail/Text: bankruptcy@sw-credit.com Feb 02 2017 19:11:42      SOUTHWEST CREDIT SYSTEMS,
                 4120 INTERNATIONAL PKWY,   SUITE 1100,   CARROLLTON, TX  75007-1958
4099136        +E-mail/Text: bnc@alltran.com Feb 02 2017 19:11:26     UNITED RECOVERY SYSTEMS,
                 5800 NORTH COURSE DRIVE,   HOUSTON, TX 77072-1613
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4184510          JPMorgan Chase Bank, N.A.,   Chase Records Center,   ATTN: Correspondence Mail,
                 Mail Code: LA4-5555,   700 Kansas Lane
cr*             +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*              ECMC,   P O Box 75906,   St. Paul, MN  55175
cr*              eCAST Settlement Corporation,   POB 29262,   New York, NY  10087-9262
4099126*         INTERNAL REVENUE SERVICE,   PO BOX 7346,   PHILADELPHIA, PA  19101-7346
4099125        ##+HOWARD S. KLEIN & ASSOCIATES,   1315 WALNUT STREET,   SUITE 1200,   PHILADELPHIA, PA 19107-4712
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SERVICER
               FOR THE MORTGAGEE OF RECORD pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor   CITIMORTGAGE, INC. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   CITIMORTGAGE, INC. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   CitiMortgage, Inc. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   JPMorgan Chase Bank, N.A. pamb@fedphe.com
              Mark E Morrison    on behalf of Creditor   IRS Usapam.bankr-harrisburg@usdoj.gov
```

```
District/off: 0314-1           User: karendavi              Page 3 of 3                  Date Rcvd: Feb 02, 2017
                               Form ID: ntpasnh             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert E Chernicoff    on behalf of Debtor Richard M. Hope rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Robert E Chernicoff    on behalf of Joint Debtor Catherine L. Hope rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Wesley Paul Page    on behalf of Creditor   IRS usapam.bankr-harrisburg@usdoj.gov
                                                                                                                     TOTAL: 12

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard M. Hope
Catherine L. Hope
aka Catherine Harmes
**Debtor(s)**

Chapter: 13

Case number: 1:12−bk−02639−RNO

Document Number: 98

Matter: Motion for Mortgage Modification

DITECH FINANCIAL LLC
**Movant(s)**

vs.

CATHERINE L. HOPE aka CATHERINE HARMES
RICHARD M. HOPE
CHARLES J. DEHART, III, Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **February 23, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 2, 2017 |