Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 4, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Richard M. Hope, Case Number 12-02639, RNO

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
HOWARD S. KLEIN & ASSOCIATES
1315 WALNUT STREET
SUITE 1200
PHILADELPHIA, PA 19107

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

HOWARD S. KLEIN & ASSOCIATES
Philadelphia Building
1315 Walnut St
Philadelphia, PA 19107

Undeliverable Address:
JPMorgan Chase Bank, N.A.
Chase Records Center
ATTN: Correspondence Mail
Mail Code: LA4-5555
700 Kansas Lane

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

JPMorgan Chase Bank
PO Box 901076
Fort Worth TX 76101-2076


| /s/ Robert E. Chernicoff, Esquire | 2/10/2017 |
|---|---|
| Signature of Debtor or Debtor's Attorney | Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**