```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 12-02639-RNO
Richard M. Hope                                              Chapter 13
Catherine L. Hope
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: TWilson           Page 1 of 1        Date Rcvd: Mar 01, 2017
                             Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
db/jdb          +Richard M. Hope,    Catherine L. Hope,    1441 Heritage Square,    Middletown, PA 17057-5958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SERVICER
               FOR THE MORTGAGEE OF RECORD pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    CitiMortgage, Inc. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, N.A. pamb@fedphe.com
              Mark E Morrison    on behalf of Creditor    IRS Usapam.bankr-harrisburg@usdoj.gov
              Robert E Chernicoff    on behalf of Debtor Richard M. Hope rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Joint Debtor Catherine L. Hope rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wesley Paul Page    on behalf of Creditor    IRS usapam.bankr-harrisburg@usdoj.gov
                                                                                               TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Catherine L. Hope aka Catherine Harmes<br>Richard M. Hope<br>Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>Movant<br>vs. | NO. 12-bk-02639-RNO |
| Catherine L. Hope aka Catherine Harmes<br>Richard M. Hope<br>Debtors | |
| Charles J. DeHart, III<br>Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, it is

ORDERED that the Motion is granted and the Loan Modification Agreement does not violate the

automatic stay, section 362(a), nor the provisions of 11 U.S.C. 549.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: February 28, 2017