Check No. 1174279

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-00556-RNO | 013-0 | TYRUS C BACKER<br>Original Check written to:<br>LANSING BUILDING PRODUCTS INC.<br>% DAVID CARAVAGGIO, RUBENSTEIN, COGAN<br>12 S SUMMIT AVE., STE 250<br>GAITHERSBURG, MD  20877- | | 19,283.30 | 312.82 | 0.00 | 312.82 |
| 12-01249-RNO | 999-0 | ANNA MARIE  SALADIGO<br>Original Check written to:<br>ANNA MARIE  SALADIGO<br>93 COURTYARD DRIVE<br>CARLISLE, PA  17013 | | 0.00 | 5.73 | 0.00 | 5.73 |
| 12-02639-RNO | 019-0 | RICHARD M. HOPE<br>Original Check written to:<br>SEIKO OPTICAL PRODUCTS INC<br>575 CORPORATE DRIVE<br>MAHWAH, NJ  07430- | 0834 | 3,990.23 | 342.29 | 0.00 | 342.29 |
| 12-02654-RNO | 006-0 | WILLIAM D. SNYDER<br>Original Check written to:<br>FIA CARD SERVICES<br>P.O. BOX 15102<br>WILMINGTON, DE  19886-5102 | 5053 | 5,674.94 | 0.06 | 0.00 | 0.06 |
| 12-02654-RNO | 999-0 | WILLIAM D. SNYDER<br>Original Check written to:<br>WILLIAM D. SNYDER and JOYCE A. SHEAFFER<br>68 EAST PENN STREET<br>CARLISE, PA  17013-2432 | | 0.00 | 8.00 | 0.00 | 8.00 |
| 12-02856-JJT | 038-0 | ROBERT M. WALKER<br>Original Check written to:<br>CENTRAL TAX BUREAU OF PA<br>20 EMERSON LANE<br>SUITE 905<br>BRIDGEVILLE, PA  15017-3464 | 8-D2-2-604-4/D1-1-6/1-D1-4 | 0.00 | 1,397.35 | 0.00 | 1,397.35 |
| 12-02856-JJT | 039-0 | ROBERT M. WALKER<br>Original Check written to:<br>CENTRAL TAX BUREAU OF PA<br>20 EMERSON LANE<br>SUITE 905<br>BRIDGEVILLE, PA  15017-3464 | 6336/9302/3864/1750/ | 0.00 | 816.92 | 0.00 | 816.92 |
| 16-01242-JJT | 999-0 | MICHAEL W HARVEY<br>Original Check written to:<br>MICHAEL W HARVEY<br>193 GROOVER DRIVE<br>WINFIELD, PA  17889 | | 0.00 | 547.41 | 0.00 | 547.41 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1174279

October 11, 2017

PAY** Three Thousand Four Hundred Thirty Dollars and 58 Cents********************

AMOUNT**$3,430.58**********

TO THE ORDER OF

VOID AFTER January 09, 2018
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA  17101-



Case 1:12-bk-02639-RNO    Doc 106    Filed 10/11/17    Entered 10/11/17 08:55:14    Desc
Main Document    Page 1 of 1