Certificate Number: 14912-PAM-DE-030155335

Bankruptcy Case Number: 12-02639


14912-PAM-DE-030155335

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 10, 2017</u>, at <u>1:40</u> o'clock <u>PM EST</u>, <u>Richard Hope</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 10, 2017</u>          By:   <u>/s/Jai Bhatt</u>

                                                                  Name:  <u>Jai Bhatt</u>

                                                                   Title:   <u>Counselor</u>