```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 12-02639-RNO
Richard M. Hope
Catherine L. Hope                                                  Chapter 13
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: TWilson             Page 1 of 1         Date Rcvd: Mar 19, 2018
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb         +Richard M. Hope,   Catherine L. Hope,   1441 Heritage Square,   Middletown, PA 17057-5958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SERVICER
               FOR THE MORTGAGEE OF RECORD pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JPMorgan Chase Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    CITIMORTGAGE, INC. jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    CitiMortgage, Inc. jschalk@barley.com,
               sromig@barley.com
              Mark E Morrison    on behalf of Creditor    IRS Usapam.bankr-harrisburg@usdoj.gov
              Robert E Chernicoff    on behalf of Debtor 2 Catherine L. Hope rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Richard M. Hope rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Wesley Paul Page    on behalf of Creditor    IRS usapam.bankr-harrisburg@usdoj.gov
                                                                                             TOTAL: 12

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard M. Hope<br>1441 Heritage Square<br>Middletown, PA 17057 | Chapter 13<br>Case No. 1:12−bk−02639−RNO |
| Catherine L. Hope<br>aka Catherine Harmes<br>1441 Heritage Square<br>Middletown, PA 17057 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6502
xxx−xx−3519

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 19, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk